## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**ISAAC A. LEE,**

   **Plaintiff,**

**v.**                                        **Case No. 5:23-cv-204-AW-MJF**

**DIVA NAILS, et al.,**

   **Defendants.**

_____/

## ORDER OF DISMISSAL

Because Plaintiff failed to prosecute the case and failed to comply with court orders, the magistrate judge recommends dismissal. ECF No. 10. There has been no objection to the report and recommendation. I agree with the magistrate judge and now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on December 18, 2023.

                              s/ Allen Winsor_____
                              United States District Judge